# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **HAMID HAJEBIAN,** | § | |
| | § | |
| **Plaintiff,** | § | **Case No. 4:24-cv-00036-SDJ** |
| | § | |
| **v.** | § | |
| | § | |
| **CREDIT UNION OF TEXAS** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Hamid Hajebian ("Plaintiff"), by and through his undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby voluntarily dismisses all claims and causes of action asserted in Plaintiff's Original Complaint in the above-styled action, with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 6th day of June, 2024.


S. TOMIYO STONER
Email:  tstoner@undatuntedlaw.com
UNDAUNTED LAW FIRM, P.C.
400 E. Las Colinas Blvd.
Suite 491
Irving, Texas 75039
Telephone: (844) 232-4332


**COUNSEL FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2024, I electronically filed the foregoing document with the Clerk of Court for the United States District Court for the Eastern District of Texas, Sherman Division, using the electronic case filing system of the Court. The electronic case filing system will send a "Notice of Electronic Filing" to the following attorneys of record and others who have requested notice who have consented in writing to accept the Notice as service of this document by electronic means:

Rogge Dunn
Katie Blakey
ROGGE DUNN GROUP,
PC 500 N. Akard, Suite 1900
Dallas, Texas 75201-6629
Telephone: (214) 888-5000
Facsimile: (214) 220-3833

S. TOMIYO STONER